# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

_____

**UNITED STATES OF AMERICA**

        **Plaintiff**

vs.                                          **CASE NUMBER: 7:10-CV-586**
                                                                              **(NPM/GHL)**

**JASON CLEMENT**

        **Defendant**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment is GRANTED. Judgment is entered in favor of the United States of America for the principal sum of $857.56 plus accrued interest calculated at the rate of 5% per annum from July 31, 1998 to September 20, 1011, plus attorney's fees of $423.23 and process server fees of $70.00.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 20th day of September, 2011.

DATED: September 21, 2011

                                                                     Clerk of Court

                                                                     s/ Melissa Ennis
                                                                     Melissa Ennis, Deputy Clerk